AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>**FARES MUSTAFA**<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 11-8145 JMH |

FILED by _JM_ D.C.

MAY - 9 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 9, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC. Section 1073 | Flight to avoid prosecution |

This criminal complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paul Bruno, Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-9-11

_____
*Judge's signature*

City and state: West Palm Beach, Florida

James M. Hopkins, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Paul Bruno, being duly sworn on oath, deposes and states as follows:

1. I am a Task Force Agent with the Federal Bureau of Investigation ("FBI") in Palm Beach, Florida, and have been so assigned for three years. I am currently employed by the Jupiter Police Department assigned to the FBI Safe Streets Task Force and my responsibilities include the investigation and apprehension of fugitives.

2. All of the information contained in this affidavit is the result of my own investigation, or has been provided to me by other law enforcement authorities, whom I believe to be reliable.

3. This affidavit is submitted in support of my application for a criminal complaint charging **FARES MUSTAFA (MUSTAFA)** with traveling in interstate commerce from Palm Beach County, Florida, with intent to avoid prosecution for a felony under the laws of the State of Florida.

4. By letter dated May 9, 2011 addressed to the United Stated Attorney's Office, Kirk Volker, State Attorney for the Fifteenth Judicial Circuit, Palm Beach County, Florida requested the assistance of the FBI under the Unlawful Flight to Avoid Prosecution (UFAP) statute, Title 18, United States Code, Section 1073, to locate and apprehend, **MUSTAFA**, who is sought by the County of Palm Beach, State of Florida, for the felony crimes of Murder in the First Degree (1 count) and Attempted Murder in the First Degree, court case number 2011CF004851AXX. A copy of the State Attorney's letter is attached hereto.

5. On May 9, 2011 a warrant was issued out of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. This warrant charges **MUSTAFA** with the felony crimes of Murder in the First Degree (1 count), Attempted Murder in the First Degree (1 count), and Occupied Burglary (1 count). A copy of the arrest warrant is attached hereto.

6. Information has been developed by the Detective Jason VanSteenburgh of the Jupiter Police Department indicating that **MUSTAFA** is currently residing in South Carolina. During the course of the murder investigation, investigators learned through witness interviews that **MUSTAFA** fled the State of Florida to avoid detection by law enforcement.

**MUSTAFA** is described as a Middle-Eastern male, 5' 09 inches in height, unknown weight, who has brown hair and brown eyes. His date of birth is 01/08/1981.

7. The State Attorney's Office has made representation that the State of Florida will extradite and prosecute **MUSTAFA** if he is apprehended outside the State of Florida, and that the State of Florida will bear all expenses arising therefrom. A copy of the letter is attached hereto.

8. Based upon the above, your AFFIANT has probable cause to believe that **MUSTAFA** has fled the state of Florida to avoid prosecution for the crimes of Murder in the First Degree (1 count), Attempted Murder in the First Degree (1 count), and Occupied Burglary (1 count) in violation of Florida state statutes, and that he is currently residing outside the state of Florida.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Paul Bruno, Task Force Agent
Federal Bureau of Investigation

Sworn and subscribed before me this
9 day of May 2011.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-8145-JMH

UNITED STATES OF AMERICA

vs.

FARES MUSTAFA,

          Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
EMALYN H. WEBBER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 407501
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Emalyn.Webber@usdoj.gov